# United States Court of Appeals
## For the First Circuit

---

No. 06-1355

UNITED STATES OF AMERICA,

Appellee,

v.

MIGUEL RIVERA-HERNÁNDEZ,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on August 3, 2007 is amended as follows:

On page 2, line 23:  Replace "1991" with "1997"

On page 7, line 5:  Replace "September 17" with "September 27"

On page 8, line 6:  Replace "19 U.S.C." with "18 U.S.C."

On page 22, line 4:  Replace "untrusworthy" with "untrustworthy"